IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00968-FL

| CONNIE JONES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR PAYMENT |
| | ) | OF ATTORNEY FEES |
| | ) | AND COSTS UNDER THE |
| MARTIN O'MALLEY[1], | ) | EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $8,500.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 23rd day of May, 2024

LOUISE W. FLANAGAN
United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in the suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).